In The United States Bankruptcy Court

Tucson District of Arizona

Debtor(s) Change of Address

Case Number: 4-08-bk-15888 JMM

Chapter: 13

Debtor(s) Name(s):  Felipe and Genoveva Peru
215 N. Garrott St.
Superior, Az 85173

Attorney Signature: /s/Wayne Mortensen (#18519)

Date:   August 28, 2009

PDF Creator - PDF4Free v2.0                                          http://www.pdf4free.com