

# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17175/20-0051-0273044

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Felipe M. Peru and Genoveva L. Peru<br>      Debtors.<br>_____<br>CitiMortgage, Inc.<br>      Movant,<br>  vs.<br><br>Felipe M. Peru and Genoveva L. Peru, Debtors;<br>Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:08-bk-15888-JMM<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #29) |

      This matter having come before the Court for a Preliminary Hearing on September 8, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Wayne Mortensen, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated December 16, 2005, and recorded on December

23, 2005, Fee Number 2005-179713 in the office of the Pinal County Recorder at wherein CitiMortgage, Inc. is the current beneficiary and Felipe M. Peru and Genoveva L. Peru have an interest in, further described as:

THAT PORTION OF THE EAST HALF OF LOT 1, BLOCK 6 DUNGAN ADDITION TO THE TOWN OF MAMMOTH, LYING WEST OF THE EAST 70 FEET OF SAID LOT 1, BLOCK 6, ACCORDING TO BOOK 5 OF MAPS, PAGE 24, RECORDS OF PINAL COUNTY, ARIZONA

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT